**No. 10-9766. Albert Pugh, Jr., Petitioner v. Lynn Cooper, Warden.**

563 U.S. 1024, 131 S. Ct. 2937, 180 L. Ed. 2d 231, 2011 U.S. LEXIS 4108.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-9770. James Thomas, Petitioner v. Ohio.**

563 U.S. 1024, 131 S. Ct. 2937, 180 L. Ed. 2d 231, 2011 U.S. LEXIS 4081.

May 31, 2011. Petition for writ of certiorari to the Supreme Court of Ohio denied.

Same case below, 126 Ohio St. 3d 1579, 934 N.E.2d 353.

**No. 10-9776. Nella Manko, Petitioner v. Lenox Hill Hospital.**

563 U.S. 1025, 131 S. Ct. 2937, 180 L. Ed. 2d 231, 2011 U.S. LEXIS 4067.

May 31, 2011. Petition for writ of certiorari to the Court of Appeals of New York denied.

Same case below, 16 N.Y.3d 826, 921 N.Y.S.2d 189, 946 N.E.2d 177.

**No. 10-9777. Quentin Jones, Petitioner v. Harold W. Clarke, Director, Virginia Department of Corrections.**

563 U.S. 1025, 131 S. Ct. 2937, 180 L. Ed. 2d 231, 2011 U.S. LEXIS 4172.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 406 Fed. Appx. 718.

**No. 10-9780. Sergio Parra, Petitioner v. William Lee, Superintendent, Green Haven Correctional Facility.**

563 U.S. 1025, 131 S. Ct. 2938, 180 L. Ed. 2d 231, 2011 U.S. LEXIS 4101.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-9817. Robert R. Henderson, Petitioner v. Department of Health and Human Services.**

563 U.S. 1025, 131 S. Ct. 2950, 180 L. Ed. 2d 231, 2011 U.S. LEXIS 4149.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 385 Fed. Appx. 388.

**No. 10-9853. Johnny Camargo, Petitioner v. E. K. McDaniel, Warden, et al.**

563 U.S. 1025, 131 S. Ct. 2938, 180 L. Ed. 2d 231, 2011 U.S. LEXIS 4137.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.